Case 4:15-cv-00337   Document 19   Filed in TXSD on 06/01/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 01, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARYJANE ALCARAZ,<br>　　　*Plaintiff,* | § § § § | |
| v. | § § | Civil Action H-15-0337 |
| CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br>　　　*Defendant.* | § § § § | |

## ORDER OF ADOPTION

On May 4, 2016, Magistrate Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 18) recommending that Plaintiff's motion for summary judgment be denied and the Commissioner's motion for summary judgment be granted. No objections have been filed. Having considered the record and law, the court hereby ADOPTS the memorandum and recommendation as this court's order. It is therefore

ORDERED the Commissioner's decision denying Alcaraz disability benefits is affirmed.

Signed at Houston, Texas, on May 31, 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DAVID HITTNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE