United States District Court
Southern District of Texas
**ENTERED**
June 01, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARYJANE ALCARAZ,<br>*Plaintiff,* | § § § § | |
| v. | § § | Civil Action H-15-0337 |
| CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br>*Defendant.* | § § § § | |

## FINAL JUDGMENT

The Commissioner's decision denying Alcaraz disability benefits is affirmed. Signed at Houston, Texas, on May **31**, 2016.

                              _____
                              DAVID HITTNER
                              UNITED STATES DISTRICT JUDGE

2